```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  NIRAV K. DESAI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2716
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11                                  )   CASE NO. 2:11-cr-00378 JAM
    UNITED STATES OF AMERICA,       )
12                                  )   **STIPULATION AND ORDER**
                    Plaintiff,      )   **CONTINUING STATUS CONFERENCE**
13                                  )   **AND EXCLUDING TIME PERIODS**
    v.                              )   **UNDER THE SPEEDY TRIAL ACT**
14                                  )
    RIGOBERTO TORRES-CONTRERAS,     )
15                                  )
                    Defendant.      )
16                                  )
                                    )
17  _____)
```

18    Plaintiff United States of America ("government") and defendant,
19 by and through their respective counsel, hereby stipulate as follows:
20    1.  By prior order, the Court set this matter for status
21 conference to take place on October 16, 2012, and time was excluded
22 through October 16, 2012, pursuant to Excludable Delay Code ("Local
23 Code") T4.
24    2.  The parties had anticipated that the forthcoming status
25 conference would be converted into a change of plea and sentencing
26 proceeding.  However, the parties require time to further research
27 and address issues raised by the recently received Pre-Plea Advisory
28 Guideline Presentence Investigation Report ("Pre-Plea Report") in

1

this case.

3. By this stipulation, defendant moves to continue the status conference until **November 6, 2012 at 9:45 a.m.**, and to exclude time pursuant to Local Code T4. The government does not oppose this request.

4. The parties agree and stipulate, and request that the Court find, as follows:

    a. The parties represent that they recently received the Pre-Plea Report prepared in this case, which raised issues requiring further review, research, and discussion.

    b. Defendant's counsel desires additional time to consult with his client, review the Pre-Plea Report, and review the Pre-Plea Report with his client.

    c. Defendant's counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., within which trial must commence, the time period from October 16, 2012, through and including November 6, 2012, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the

basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 15, 2012          /s/ Nirav K. Desai

                                       NIRAV K. DESAI
                                       Assistant U.S. Attorney

DATED: October 15, 2012          /s/ Jeffrey Staniels
                                       (as authorized on Oct. 15, 2012)

                                       JEFFREY STANIELS
                                       Counsel for Defendant

<u>ORDER</u>

The parties' stipulation, including the proposed findings, is HEREBY APPROVED.

IT IS SO FOUND AND ORDERED.

DATED: October 15, 2012          /s/ John A. Mendez

                                       HON. JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE